# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Davis, Andre M. | Court of Appeals for the Fourth Circuit | 05/12/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Circuit Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final   5b. ☐ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

U S Courthouse
101 W. Lombard Street
Baltimore, MD 21201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | University of MD School of Law Board of Visitors |
| 2. | Instructor | National Judicial College |
| 3. | Member of the Faculty Council | National Judicial College |
| 4. | Director | Open Society Institute-Baltimore |
| 5. | Member of the Board | Baltimore Urban Debate League, Inc. |
| 6. | Member of the Board | Community Law in Action, Inc. |
| 7. | Member of the Death Penalty Due Process Steering Committee | American Bar Association |
| 8. | Member | Network on Neroscience and the Law |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/12/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | MacArthur Foundation | Janaury 13-15, 2016 | Salem, OR | Guest Speaker | Transportation, Lodging, and Food |
| 2. | MacArthur Foundation | February 29-March 2, 2016 | Half Moon Bay, CA | Meeting of Research Network | Transportation, Lodging, and Food |
| 3. | Northwestern Univ. Law School | March 3-4, 2016 | Chicago, IL | Moot Court | Transportation, Lodging, and Food |
| 4. | University of Michigan Law School | March 8, 2016 | Ann Arbor, MI | Guest Lecturer | Transportation, Lodging, and Food |
| 5. | American Bar Association | March 31-April 2, 2016 | Austin, TX | Legal Seminar on Death Penalty | Transportation, Lodging, and Food |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/12/2017 |

| | | | | |
|---|---|---|---|---|
| 6. MacArthur Foundation | April 28-29, 2016 | Albuquerque, NM | ABA Section Meeting | Transportation, Lodging, and Food |
| 7. American Bar Association | May 12-13, 2016 | Atlanta, GA | Spring Section Meeting | Transportation, Lodging, and Food |
| 8. National Judicial College | June 16-17, 2016 | Las Vegas, NV | Faculty Council Meeting | Transportation, Lodging, and Food |
| 9. Just the Beginning Foundation | September 15-18, 2016 | New York, NY | Biennial Meeting of Non-Profit Foundation | Transportation, Lodging, and Food |
| 10. University of Tenneesee Law School | October 20-21, 2016 | Knoxville, TN | Moot Court | Transportation, Lodging, and Food |
| 11. New York University School of Law | November 11-13, 2016 | NewYork, NY | Seminar on International Law | Transportation, Lodging, and Food |
| 12. MacArthur Foundation | November 14-17, 2016 | San Diego, CA | Meeting of Research Network | Transportation, Lodging, and Food |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davis, Andre M.** | 05/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sovereign Bank | Mortgage on Rental Property/ Eastham, MA | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts(Y) | | | | | | | | | |
| 2. Capital One Accounts(Y) | | | | | | | | | |
| 3. Bank of America Accounts | A | Interest | K | T | | | | | |
| 4. American Express Bank Account | A | Interest | L | T | | | | | |
| 5. JPMorgan LiquidAssetsMoneyMarket(Y) | | | | | | | | | |
| 6. Lines 7 to 10 report EXCHANGE TRADED FUNDS (H) | | | | | | | | | |
| 7. Fidelity MSCI Health Care Index | A | Dividend | J | T | | | | | |
| 8. iShares S&P 500 Growth ETF | A | Dividend | | | Sold | 12/30/16 | K | | |
| 9. iShares Silver Trust(Y) | | | | | | | | | |
| 10. Technology Select Sector SPDR Fund(Y) | | | | | | | | | |
| 11. Lines 12 to 14 report Common Stock (H) | | | | | | | | | |
| 12. Verizon | A | Dividend | | | Sold | 12/30/16 | J | | |
| 13. Sun Edison | | None | | | Sold | 12/23/16 | J | | |
| 14. Gamco Global Gold, Nat Resources | A | Dividend | J | T | | | | | |
| 15. Lines 16 to 21 report MUTUAL FUNDS (H) | | | | | | | | | |
| 16. Davis NY Venture Fund Class C(Y) | | | | | | | | | |
| 17. Europacific Growth Fund Class A(Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. T Rowe Price Growth(Balance) Fund | C | Distribution | K | T | | | | | |
| 19. T Rowe Price Blue Chip Growth Fund | B | Distribution | K | T | Redeemed (part) | 12/27/16 | K | | |
| 20. T Rowe Price Equity Income Fund | B | Distribution | K | T | | | | | |
| 21. T Rowe Price MD Tax Free Bond Fund | A | Int./Div. | K | T | | | | | |
| 22. Rental Property--Eastham, MA | E | Rent | P1 | W | | | | | |
| 23. Trust No. 1 This is an income beneficiary trust. | E | Distribution | P1 | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/12/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andre M. Davis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544